UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Wayne Baker

                Plaintiff(s)

            v.

City of New Rochelle, et al.

                Defendants(s)
-------------------------------------------------------------X

**ORIGINAL**

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 CV 561 (SCR)(GAY)

FILED MAY 2 0 2008

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ For jury selection

____ Habeas Corpus

____ Social Security

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
1/30/08

**SO ORDERED.**

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson