Wayne Baker
133 S. 6th Ave
Mt. Vernon, N.Y. 10550

8/13/08

To Deputy Clerk, Donna Hilbert
United States District Court

**MEMO ENDORSED**

08 CV 561 SCR (GAY)

The Matter of Wayne Baker v. City of New Rochelle et.al. has been scheduled for a pretrial conference on August 21, 2008 at 10:00 AM in Courtroom 118. Ms. Hilbert, I am on dialysis. My treatments are on the following days: Tuesday, Thursday and Saturday. Aug 21st is on a Thursday. If possible can the conference be adjourned to another date?

Thank you for your time and consideration.

Wayne Baker

Application Granted
8/21/08 conference is adjourned
8/31/08 at 2:00 pm.

SO ORDERED:
/s/ 
Hon. George A. Yanthis
United States Magistrate Judge
8/18/08

