Curtis Sobel (cs-0964)
Sobel & Kelly, P.C
Attorneys for Defendant
WHITE CASTLE MANAGEMENT CO.
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAYNE BAKER,
                    Plaintiff,

- against -

CITY OF NEW ROCHELLE; STATE OF NEW YORK;
"JOHN DOE" Individually of New Rochelle City Police;
SAFEWAY TOWING and COLLISION, CITY OF NEW
ROCHELLE, TOWING COMPANY,

                    Defendants.
-----------------------------------------------------------------X

**Civil Action No:**
08-CV-06561 (SCR)(GAY)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for D&G AUTO REPAIR INC. d/b/a SAFEWAY COLLISION s/h/a SAFEWAY TOWING and COLLISION, and ELITE TOWING, INC. d/b/a SAFEWAY TOWING s/h/a CITY NEW ROCHELLE, TOWING COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:      Huntington, New York
             August 28, 2008

CURTIS SOBEL (CS-0964)
SOBEL & KELLY, P.C.
Attorneys for Defendant(s)
D&G AUTO REPAIR INC. d/b/a SAFEWAY
COLLISION s/h/a SAFEWAY TOWING and
COLLISION, and ELITE TOWING, INC. d/b/a
SAFEWAY TOWING s/h/a CITY NEW
ROCHELLE, TOWING COMPANY

                                        464 New York Avenue, Suite 100
                                        Huntington, New York 11743
                                        631/549-4677

TO:   WAYNE BAKER
        Plaintiff, Pro Se
        133 North 6th Avenue, 2nd Floor
        Mount Vernon, New York 10550

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP
        Attorneys for Defendants
        CITY OF NEW ROCHELLE and
        POLICE OFFICER DINA MORETTI
        3 Gannett Drive
        White Plains, New York 10604-3407

**DECLARATION OF SERVICE BY MAIL**          08-CV-561(SCR)(GAY)

STATE OF NEW YORK )
                                     ss:
COUNTY OF SUFFOLK )

LUCY ANN DeSIMONE, hereby declares, pursuant to 28 U.S.C., Section 1746 and Local Civil Rule 1.10 of this Court, that I am not a party to the action; I am over 18 years of age and reside at Middle Island, New York 11953

On 08/28/2008, I served the within RULE 7.1 STATEMENT, by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

TO: WAYNE BAKER
133 North 6th Avenue, 2nd Floor
Mount Vernon, New York 10550

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP
3 Gannett Drive
White Plains, New York 10604-3407

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 /28/2008

_____
LUCY ANN DeSIMONE

CIVIL ACTION No.: 08-CV-0561(SCR)(GAY)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BAKER,

                              Plaintiff(s),

-against-

CITY OF NEW ROCHELLE; STATE OF NEW YORK;
POLICE OFFICER MORETTI, INDIVIDUALLY; CAPTAIN
"JOHN DOE" Individually of New Rochelle City Police;
SAFEWAY TOWING and COLLISION, CITY OF NEW
ROCHELLE, TOWING COMPANY,

                              Defendant(s).

### RULE 7.1 DISCLOSURE

Signature (Rule 130-1.1-a)

CURTIS SOBEL (0964)

SOBEL & KELLY, P.C.
Attorneys for Defendants
D&G AUTO REPAIR INC. d/b/a SAFEWAY COLLISION s/h/a SAFEWAY
TOWING and COLLISION, and ELITE TOWING, INC. d/b/a SAFEWAY
TOWING s/h/a CITY NEW ROCHELLE, TOWING COMPANY
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677
Fax (631) 549-0826